JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA REYES,<br><br>Plaintiff,<br><br>v.<br><br>ONEMAIN FINANCIAL GROUP, LLC; ROCKLOANS MARKETPLACE LLC DBA ROCKETLOANS DBA ROCKET LOANS; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC<br><br>Defendant. | Case No.: 8:25-cv-00350 FMO (KESx)<br><br>**ORDER ON STIPULATION [52]**<br><br>HON. FERNANDO M OLGUIN |

    Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant ROCKLOANS MARKETPLACE LLC DBA ROCKETLOANS DBA ROCKET LOAN to be, and is, dismissed with

1  prejudice.  Each party to bear their own attorneys' fees and costs.

3  IT IS SO ORDERED.

5  Dated: **August 6, 2025**                              _____/s/_____

   **HON. FERNANDO M OLGUIN**
   UNITED STATES DISTRICT JUDGE